**Fernando ARMSTEAD, Plaintiff— Appellant,**

v.

**D.A. BRAXTON, Former Warden; Tracey S. Ray, Warden; Major Fleming, Former Major; Lieutenant K. McCoy; Sergeant Deed; J. Fleming, Correctional Officer; J. Powers, Correctional Officer, Defendants—Appellees.**

No. 06–6973.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 5, 2007.

Decided: Feb. 22, 2007.

Fernando Armstead, Appellant Pro Se.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fernando Armstead appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Armstead v. Braxton,* No. 7:06–cv–00201–jlk, 2006 WL 1344061 (W.D.Va. Apr. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*